994

No. 6568. McKinney v. United States Court of Appeals for the Ninth Circuit et al. Motion for leave to file petition for writ of mandamus denied.

No. 6744. Carter et al. v. Stanton, Director, Marion County Department of Public Welfare, et al. Appeal from D. C. S. D. Ind. Motion of appellants for leave to proceed in forma pauperis granted. Probable jurisdiction noted.

No. 6966. Epps et al. v. Cortese et al. Appeal from D. C. E. D. Pa. Motion of appellants for leave to proceed in forma pauperis granted. Probable jurisdiction noted and case set for oral argument immediately following No. 6060. [Sub nom. Fuentes et al. v. Shevin, Attorney General of Florida, et al., probable jurisdiction noted, 401 U. S. 906.]

No. 1470. Norfolk & Western Railway Co. v. Nemitz et al. C. A. 6th Cir. Certiorari granted.

No. 1480. Santobello v. New York. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari granted.

No. 1536. Wisconsin v. Yoder et al. Sup. Ct. Wis. Certiorari granted.

No. 1289. Pipefitters Local Union No. 562 et al. v. United States. C. A. 8th Cir. Certiorari granted. Mr. Justice Blackmun took no part in the consideration or decision of this petition.